UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. CERVANTES-TAMAYO,<br><br>    Petitioner,<br><br>v.<br><br>JAMES WALKER, Warden,<br><br>    Respondent. | Case No. SACV 08-1056 JHN(JC)<br><br>~~(PROPOSED)~~ JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 28, 2011

HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE